# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| SAVE ARDMORE COALITION, BETH GREENSPAN, SHEILA MURNAGHAN, TODD HART, DOUGLAS MUTH AND MICHAEL FRANK, | : No. 91 MAP 2015<br>:<br>: Appeal from the Order of the<br>: Commonwealth Court at No. 390 MD<br>: 2015 dated December 15, 2015. |
| Appellants | : |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA, TOM WOLF, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA, OFFICE OF THE BUDGET, RANDY ALBRIGHT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE BUDGET, REDEVELOPMENT AUTHORITY OF MONTGOMERY COUNTY, JONATHAN H. SPERGEL, IN HIS OFFICIAL CAPACITY AS CHAIR OF THE REDEVELOPMENT AUTHORITY OF MONTGOMERY COUNTY, MARGRETTA MILLES, IN HER OFFICIAL CAPACITY AS VICE CHAIR OF THE REDEVELOPMENT AUTHORITY OF MONTGOMERY COUNTY, JOHN NUGENT, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE REDEVELOPMENT AUTHORITY OF MONTGOMERY COUNTY, MICHAEL J. BECKER, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE REDEVELOPMENT AUTHORITY OF MONTGOMERY COUNTY, MICHAEL P. MARKMAN, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE REDEVELOPMENT AUTHORITY OF MONTGOMERY COUNTY, BOB WEGBREIT, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE | : |

REDEVELOPMENT AUTHORITY OF MONTGOMERY COUNTY, TOWNSHIP OF LOWER MERION, ELIZABETH S. ROGAN, IN HER OFFICIAL CAPACITY AS PRESIDENT OF THE TOWNSHIP OF LOWER MERION BOARD OF COMMISSIONERS, PAUL A. MCELHANEY, IN HIS OFFICIAL CAPACITY AS VICE PRESIDENT OF THE TOWNSHIP OF LOWER MERION BOARD OF COMMISSIONERS, DANIEL J. BERNHEIN, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE TOWNSHIP OF LOWER MERION BOARD OF COMMISSIONERS, JOSHUA L. GRIMES, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE TOWNSHIP OF LOWER MERION BOARD OF COMMISSIONERS, RICK CHURCHILL, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE TOWNSHIP OF LOWER MERION BOARD OF COMMISSIONERS, ANNA DURBIN, IN HER OFFICIAL CAPACITY AS MEMBER OF THE TOWNSHIP OF LOWER MERION BOARD OF COMMISSIONERS, CHERYL B. GELBER, IN HER OFFICIAL CAPACITY AS MEMBER OF THE TOWNSHIP OF LOWER MERION BOARD OF COMMISSIONERS, BRIAN A. GORDON, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE TOWNSHIP OF LOWER MERION BOARD OF COMMISSIONERS, LEWIS F. GOULD, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE TOWNSHIP OF LOWER MERION BOARD OF COMMISSIONERS, STEVEN K. LINDER, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE TOWNSHIP OF LOWER MERION BOARD OF COMMISSIONERS, GEORGE T. MANOS, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE TOWNSHIP OF LOWER MERION BOARD OF COMMISSIONERS, C. BRIAN MCGUIRE, IN HIS OFFICIAL CAPACITY

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

AS MEMBER OF THE TOWNSHIP OF                :
LOWER MERION BOARD OF                       :
COMMISSIONERS, PHILIP S.                    :
ROSENZWEIG, IN HIS OFFICIAL                 :
CAPACITY AS MEMBER OF THE                   :
TOWNSHIP OF LOWER MERION                    :
BOARD OF COMMISSIONERS, AND V.              :
SCOTT ZELOV, IN HIS OFFICIAL                :
CAPACITY AS MEMBER OF THE                   :
TOWNSHIP OF LOWER MERION                    :
BOARD OF COMMISSIONERS,                     :
                                            :
             Appellees         :
                                            :
ONE ARDMORE ASSOCIATES, L.P. AND            :
ONE ARDMORE GP CORP.,                       :
                                            :
             Intervenors       :

## ORDER

**PER CURIAM**                                   **DECIDED: May 25, 2016**

        **AND NOW,** this 25th day of May 2016, the Order of the Commonwealth Court is

**AFFIRMED**.